Kevin BISHOP, Plaintiff—Appellant,

v.

CITY OF HENDERSON; et al., Defendants—Appellees.

No. 01–15536.

D.C. No. CV–97–00877–PMP.

United States Court of Appeals, Ninth Circuit.

Submitted June 10, 2002 *.

Decided June 17, 2002.

Before O'SCANNLAIN, BERZON, and RAWLINSON, Circuit Judges.

MEMORANDUM **

Kevin Bishop appeals pro se the district court's award of costs to prevailing defendants. We have jurisdiction pursuant to 28 U.S.C. § 1291. We affirm because Bishop fails to show that the district court abused its discretion in awarding costs. See U.S. ex rel. Lindenthal v. Gen. Dynamics Corp., 61 F.3d 1402, 1414 (9th Cir. 1995).

AFFIRMED.

---

** This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

*** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.